**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  07-cv-00656-LTB-MEH

CHUCK CURTIS,
DARREN LEHRICH, and
DOUGLAS HAYNES,

      Plaintiffs,

v.

RICHARD N. BROWN,
CHARLES ROSENQUIST, individuals,
LADY BELLE PARTNERSHIP, L.L.L.P., an Arizona limited liability limited partnership,
C.H.R., INC., a Colorado corporation, and
VAIL 21 CONDOMINIUM ASSOCIATION, INC., a Colorado corporation,

      Defendants.
_____

**ORDER**
_____

      This case is before me on the "Plaintiffs' Motion for Extension of Time Pursuant to Rule 56(f) and Other Grounds" (Doc 15).  Defendants have filed their response in opposition and Plaintiffs have now filed their reply.  Plaintiffs' motion implicates Defendants' Motion to Dismiss Complaint filed pursuant to Fed.R.Civ.P. 12(b)(6).  The motion to dismiss asserting failure to a claim upon which relief can be granted will be determined upon the allegations in the complaint upon the applicable Rule 12(b)(6) standards without converting the motion to one for summary judgment pursuant to Fed.R.Civ.P. 56 avoiding the need to conduct timely and expensive discovery further delaying resolution of the motion to dismiss.  Accordingly

IT IS ORDERED Plaintiffs' Motion for Extension of Time Pursuant to Rule 56(f) and Other Grounds (Doc 15) is DENIED.  It is

FURTHER ORDERED that Plaintiffs shall file their response to Defendants' Motion to Dismiss within 20 days from the date of this order and Defendants shall have 10 days to reply.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED:   July 6, 2007