IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00656-LTB-MEH

CHUCK CURTIS,
DARREN LEHRICH, and
DOUGLAS HAYNES,

    Plaintiffs,

v.

RICHARD N. BROWN,
CHARLES ROSENQUIST, individuals,
LADY BELLE PARTNERSHIP, L.L.P., an Arizona limited liability partnership,
C.H.R., INC., a Colorado corporation, and
VAIL 21 CONDOMINIUM ASSOCIATION, INC., a Colorado corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 3, 2007.**

    The Unopposed Joint Motion for the Entry of Stipulated Protective Order [filed November 29, 2007; doc #45] is **granted**. The Stipulation and Protective Order for this matter is filed contemporaneously with this order.

    The parties are cautioned that, at all times, they must comply with D.C. Colo. LCivR 10.1(E) and (J), and all other applicable rules of this Court.