IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00656-LTB-MEH

CHUCK CURTIS,
DARREN LEHRICH, and
DOUGLAS HAYNES,

    Plaintiffs,

v.

RICHARD N. BROWN,
CHARLES ROSENQUIST, individuals,
LADY BELLE PARTNERSHIP, L.L.P., an Arizona limited liability partnership,
C.H.R., INC., a Colorado corporation, and
VAIL 21 CONDOMINIUM ASSOCIATION, INC., a Colorado corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 26, 2007.**

    For good cause shown, the Joint Motion to Amend Scheduling Order [filed December 20, 2007; doc #51] is **granted**. The Scheduling Order shall be amended as follows:

    Deadline for Joinder of Parties and Amendment of Pleadings:    March 12, 2008

All other deadlines and conference dates shall remain the same.