IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00656-LTB-MEH

CHUCK CURTIS, et. al,

    Plaintiffs,

v.

RICHARD BROWN, et. al.,

    Defendants.

_____

ORDER STAYING DISCOVERY PENDING SETTLEMENT APPROVAL
_____

This matter comes before the Court on the parties' Joint Motion For Stay of Discovery Pending Settlement Approval, and the Court, having reviewed the motion and being fully advised, finds good cause, grants the motion and stays discovery and other pretrial proceedings until the earlier of September 15, 2008 or the filing of a motion requesting either court settlement approval or requesting a status conference.

Dated:   June 20  , 2008

                                          BY THE COURT:

                                            s/Lewis T. Babcock