IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00656-LTB-KMT

CHUCK CURTIS, et. al,

    Plaintiffs,

v.

RICHARD BROWN, et. al.,

    Defendants.
_____

**ORDER APPROVING OF SETTLEMENT AND
DISMISSING CASE WITH PREJUDICE**
_____

    This matter comes before the Court on the parties' Joint Motion For Approval of Settlement and for Dismissal, and the Court, having reviewed the motion and being fully advised, makes the following findings:

1. The case is a derivative action brought by members of Defendant Vail 21 Condominium Association, Inc. ("Association") and cannot be settled, voluntarily dismissed or compromised without the Court's approval;

2. The parties reached a comprehensive agreement to settle their disputes which is documented in a written Settlement Agreement submitted to the Court with associated exhibits. The agreement is fair to the Association and its members; and

3. On September 4, 2008, all of the members of the Association were provided with copies of the Settlement Agreement and the revised

condominium map and declarations. More than two-thirds of the Association's membership interests have subsequently approved the settlement. For this reason, no further notice the Association's members is necessary to comply with Fed. R. Civ. P. 23.1(c).

The Court therefore ORDERS that the settlement is approved and this case is dismissed with prejudice.

Dated: September 16, 2008

                                         BY THE COURT

                                         s/Lewis T. Babcock
                                         Judge